JAMES CUNNINGHAM and others, *Respondents, v.* PAULINE F. HOYER, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

MILTON STAFFORD, *Appellant, v.* STEPHEN H. BLOOD, *Respondent.* — Judgment affirmed. Opinion by HARDIN, J.

FREDERICK HAAKE, *Respondent, v.* FRANK REYNOLDS, *Appellant, Impleaded, etc.* — Declined to be considered, the papers contained in the appeal book not being certified.

MARY B. LYON and others, *Respondents, v.* GEORGE M. BOTCHFORD, *as Survivor, etc., Appellant.* — Order affirmed on opinion of MERWIN, J., at Special Term, with ten dollars costs.

WILLIAM D. TABOR, *Appellant, v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ERIE, *Respondent.* — Orders denying motion for new trial reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.; BARKER, J., not voting.

THE NATIONAL EXCHANGE BANK OF AUBURN, *Appellant, v.* JOHN VENEMANS, *Respondent, Impleaded, etc.* — Order reversed and new trial granted, costs to abide event. Opinion by BARKER, J.

EDWARD F. ADAMS, *Appellant, v.* HIRAM U. ROBESON, *Respondent, Impleaded, etc.* — Judgment of County Court affirmed. Opinion by HARDIN, J.

HARRIET C. KNAPP, *Respondent, v.* THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, *Appellant.* — Order reversed, verdict set aside and new trial ordered, costs to abide event. Opinion by SMITH, P. J.; BARKER, J., not sitting.

CHARLES FINCKE and others, *as Executors, etc., Plaintiffs, v.* THE CITY OF BUFFALO, *Defendant.* — New trial ordered, costs to abide event. Opinion by HARDIN, J.; BARKER, J., not sitting.

AMELIA SMITHER, *Respondent, v.* ELIAS L. BISSELL and others, *Appellants.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.; BARKER, J., not sitting.

JOHN GARWOOD, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J.

MARGARET HERTLE, *Respondent, v.* JAMES HOLLAND, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

HORACE V. HOWLAND *v.* JEREMIAH KROM and others. — Order affirmed, with ten dollars costs and disbursements. BARKER, J., not voting.

MARY ZIMMER, *Appellant, v.* HARVEY J. LEWIS, *Respondent.* — Order affirmed with disbursements only. SMITH, P. J., not voting.

AUGUSTA W. FRARY, *Appellant, v.* THE ORLEANS COUNTY NATIONAL BANK, *Respondent.* — Judgment affirmed. Opinion by HARDIN, J.; BARKER, J., not voting.